

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '23 MJ0012

The person charged as Edward Adrian VAN SPAANDONK now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Central District of California: Possession with intent to distribute mehtamphetamine in violation of: 21 U.S.C. §§ 841(a)(1),(b)(1)(c).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: January 3, 2023

Bradley Blazer, Special Agent
Homeland Security Investigations

Reviewed and Approved

Dated: January 3, 2023

Assistant United States Attorney

FILED
CLERK, U.S. DISTRICT COURT
12/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAV  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR  2:22-cr-00609-MCS |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Methamphetamine] |
| EDWARD ADRIAN VAN SPAANDONK, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about February 23, 2022, in Los Angeles County, within the Central District of California, defendant EDWARD ADRIAN VAN SPAANDONK

//
//
//
//

knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

                                        A TRUE BILL


                                        ___/S/_____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
Money Laundering, & Racketeering
Section

BRITTNEY M. HARRIS
Assistant United States Attorney
Deputy Chief, International
Narcotics, Money Laundering &
Racketeering Section

JENNA WILLIAMS
Assistant United States Attorney
International Narcotics, Money
Laundering & Racketeering Section